**Opinion issued October 31, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00538-CV**

———————————

**CARLOS GAPASIN, Appellant**

**V.**

**EVERLASTING REAL ESTATE INVESTMENTS, Appellee**

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1203599**

---

**MEMORANDUM OPINION**

Appellant Carlos Gapasin failed to file a brief.  *See* TEX. R. APP. P. 38.6(a),

38.8(a).  On September 22, 2023, the Clerk of this Court notified Appellant that his

appellate brief was past due, and his appeal was subject to dismissal.  *See* TEX. R.

APP. P. 38.8(a), 42.3(b), 43.2(f).  We directed Appellant to file his brief and a motion

requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.